# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILMON EARL NICHOLS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION 04-0833-BH-M |
| STEPHEN BULLARD, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, to the extent the Court could decipher them,[1] the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as time-barred by the Anti-Terrorism and Effective Death Penalty Act of 1996.

**DONE** this 28th day of July, 2005.

                                s/ W. B. Hand
                                SENIOR DISTRICT JUDGE

---

[1] For the most part, Petitioner failed to meet his burden of presenting his Objections in a clear and legible manner.