# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILMON EARL NICHOLS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION 04-0833-BH-M |
| STEPHEN BULLARD, | ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Stephen Bullard and against Petitioner Wilmon Earl Nichols.

**DONE** this 28th day of July, 2005.

                                                  s/ W. B. HAND
                                           SENIOR DISTRICT JUDGE